# EXHIBIT 1

Case 3:26-cv-03244    Document 1-1    Filed 04/16/26    Page 1 of 13

**Exhibit 1**

| Artist | Work | Registration No. | Plaintiff | URL(s) |
|---|---|---|---|---|
| Sound Recordings | | | | |
| Etta James | A Sunday Kind Of Love | Pre-1972. UMG filed 2021.10.05 | UMG Recordings, Inc. | https://www.instagram.com/p/C2DndJaPlRO/ |
| Olivia Rodrigo | bad idea right? | SR0000975631 | UMG Recordings, Inc. | https://www.tiktok.com/@onequince/video/7284020136741244206 |
| Ella Fitzgerald | Cheek To Cheek | Pre-1972. UMG filed 2022.11.23 | UMG Recordings, Inc. | https://www.instagram.com/p/Cw30WUFtDgT/ |
| ABBA | Chiquitita | SR0000010318 | UMG Recordings, Inc. | https://www.tiktok.com/@onequince/video/7393054199841426730 |
| Justin Bieber | Daisies | SR0001045667 | UMG Recordings, Inc. | https://www.tiktok.com/@onequince/video/7603152907243982094; https://www.tiktok.com/@onequince/video/7574878760214809887 |
| Lana Del Rey | Diet Mountain Dew | SR0000692991 / SR0000412523 | UMG Recordings, Inc. | https://www.instagram.com/p/C0LICNqLRaK/ |
| Adventures Of Stevie V | Dirty Cash (Money Talks) | Berne Convention | UMG Recordings, Inc. | https://www.tiktok.com/@onequince/video/7454783478723464494; https://www.instagram.com/p/DEnxKd-S3a7/ |
| Elton John; Kiki Dee | Don't Go Breaking My Heart | N00000037165 | UMG Recordings, Inc. | https://www.instagram.com/p/CrAHHnkrUnX/; https://www.tiktok.com/@onequince/video/7225761354035039531 |
| Sabrina Carpenter | Don't Smile | SR0001016610 | UMG Recordings, Inc. | https://www.tiktok.com/@onequince/video/7612801107642977550 |

| lil hero | easy going down | SR000097538 | UMG Recordings, Inc. | https://www.tiktok.com/@onequince/video/7323339148075601194 |
|---|---|---|---|---|
| Billie Holiday | Easy Living | Pre-1972. UMG filed 2020.07.01 | UMG Recordings, Inc. | https://www.tiktok.com/@onequince/video/7336012449960791339 |
| Sabrina Carpenter | Espresso | SR0001001612 | UMG Recordings, Inc. | https://www.tiktok.com/@onequince/video/7370050834752736555 |
| Sabrina Carpenter | Espresso (Double Shot Version) | SR0001004650 | UMG Recordings, Inc. | https://www.instagram.com/p/C5y32lKyTff/ |
| BØRNS | Electric Love | SR0000753780 | UMG Recordings, Inc. | https://www.tiktok.com/@onequince/video/7300044451789983019; https://www.instagram.com/p/CzXHBslv9uJ/; https://www.instagram.com/p/C0X2rLuppTx/ |
| Tears for Fears | Everybody Wants To Rule The World | SR0000060715 | UMG Recordings, Inc. | https://www.tiktok.com/@onequince/video/7308185028830350638; https://www.tiktok.com/@onequince/video/7300044451789983019; https://www.instagram.com/p/CzXHBslv9uJ/; https://www.instagram.com/p/C0X2rLuppTx/ |
| Billie Eilish | everything i wanted | SR0000865472 | UMG Recordings, Inc. | https://www.tiktok.com/@onequince/video/7370866476607098154 |
| Mary J. Blige | Family Affair | SR0000301461 | UMG Recordings, Inc, | https://www.tiktok.com/@onequince/video/7297733077139344682; https://www.instagram.com/p/CzU3X8Rp0Ro/ |
| Sabrina Carpenter | Feather (Sped Up) | SR0000963434 | UMG Recordings, Inc. | https://www.instagram.com/p/CxuDhwnr905/; https://www.tiktok.com/@onequince/video/7285110681916017962 |
| Fergie | Glamorous | SR0000393675 | UMG Recordings, Inc. | https://www.tiktok.com/@onequince/video/7613539752960134431 |

| Chappell Roan | Good Luck, Babe! | SR0001001053 | UMG Recordings, Inc. | https://www.tiktok.com/@onequince/video/7388951899707378987; https://www.tiktok.com/@onequince/video/7383035488233344302; https://www.tiktok.com/@onequince/video/7377901457917349163 |
| Frank Sinatra | Have Yourself a Merry Little Christmas | Pre-1972. Capitol filed 2020.05.06. | Capitol Records, LLC | https://www.tiktok.com/@onequince/video/7583089221129276686 |
| Donna Summer | I Feel Love | N00000042965 | UMG Recordings, Inc. | https://www.tiktok.com/@onequince/video/7321937038633159978; https://www.instagram.com/p/C1xfMRpPovx/; https://www.tiktok.com/@onequince/video/7354491561050230059 |
| The Black Eyed Peas | I Gotta Feeling | SR0000633584 / SR0000412278 | UMG Recordings, Inc. | https://www.tiktok.com/@onequince/video/7490649522792598814 |
| Jessie J | I Got You (I Feel Good) | SR0000822518 | UMG Recordings, Inc. | https://www.tiktok.com/@onequince/video/7252893817467260206; https://www.instagram.com/p/CrfF1JhOFA5/ |
| Rihanna | If It's Lovin' That You Want | SR0000372611 | UMG Recordings, Inc. | https://www.tiktok.com/@onequince/video/7256183317064731947; https://www.instagram.com/p/CuvBzigMhUv/; https://www.instagram.com/p/Cx1fk7Gp7v8/ |
| No Doubt | Just A Girl | SR0000206724 | UMG Recordings, Inc. | https://www.tiktok.com/@onequince/video/7274691990581873962 |
| Sylvie Vartan | La Maritza | Berne Convention | UMG Recordings, Inc. | https://www.tiktok.com/@onequince/video/7462548049743613214; https://www.instagram.com/p/DFV7hPZTqZ5/ |
| Billie Eilish | LUNCH | SR0001005835 | UMG Recordings, Inc. | https://www.tiktok.com/@onequince/video/7380108942212484394 https://www.instagram.com/stories/highlights/17929346588878946 |

3

| Olivia Dean | Man I Need | SR0001061889 | UMG Recordings, Inc. | https://www.tiktok.com/@onequince/video/7563392238261161247 |
|---|---|---|---|---|
| Lesley Gore | Misty | Pre-1972. UMG filed 2021.06.09. | UMG Recordings, Inc. | https://www.tiktok.com/@onequince/video/7323810560066325802 |
| The Black Eyed Peas | Meet Me Halfway | SR0000633584; SR0000412278 | UMG Recordings, Inc. | https://www.instagram.com/p/DT55qkNEkTd/; https://www.instagram.com/p/DVZlZEOksF8/ |
| Sophie Ellis-Bextor | Murder On The Dancefloor | SR0000322386 | UMG Recordings, Inc. | https://www.tiktok.com/@onequince/video/7334160972493507883 |
| Playboi Carti | New Tank | SR0000922105 | UMG Recordings, Inc. | https://www.tiktok.com/@onequince/video/7298075489317473582; https://www.instagram.com/p/CzRu8-uPjwk/ |
| Drake | Nice For What | SR0000884706 | UMG Recordings, Inc. | https://www.instagram.com/p/DVMt44bkoC2/ |
| Olivia Dean | Nice To Each Other | SR0001046073 | UMG Recordings, Inc. | https://www.tiktok.com/@onequince/video/7533021945089002765; https://www.tiktok.com/@onequince/video/7545314415952940318 |
| Mariah Carey | Obsessed | SR0000641972 | UMG Recordings, Inc. | https://www.instagram.com/p/DJKZ3DIy9QG/ |
| Smokey Robinson & The Miracles | Ooo Baby Baby | Pre-1972. UMG filed 2020.03.26 | UMG Recordings, Inc. | https://www.tiktok.com/@onequince/video/7340053437633088811 |
| BORNS | Past Lives | SR0000753780 | UMG Recordings, Inc. | https://www.instagram.com/p/CuVps8xJB5b/ |
| Coi Leray | Players | SR0000962704 | UMG Recordings, Inc. | https://www.tiktok.com/@onequince/video/7227632087548087598; https://www.instagram.com/p/Cn5l998JWxV/ |

| Nelly Furtado, Timbaland | Promiscuous | SR0000391617 | UMG Recordings, Inc. | https://www.tiktok.com/@onequince/video/7201220610423328042 |
|---|---|---|---|---|
| Lorde | Ribs | SR0000732619 | UMG Recordings, Inc. | https://www.tiktok.com/@onequince/video/7470252521257307435 |
| Brenda Lee | Rockin' Around The Christmas Tree | Pre-1972. UMG filed 2021.07.08 | UMG Recordings, Inc. | https://www.tiktok.com/@onequince/video/7308577358204669227; https://www.instagram.com/p/C0Zs9yMPdI-/ |
| Joe Walsh | Rocky Mountain Way | SR0000112612/ SR0000702214 | UMG Recordings, Inc. | https://www.tiktok.com/@onequince/video/7551549326850395406 |
| Lana Del Rey | Say Yes To Heaven | SR0000979934 | UMG Recordings, Inc. | https://www.tiktok.com/@onequince/video/7248696416204508462; https://www.tiktok.com/@onequince/video/7346059984343649582; https://www.instagram.com/p/Ct2M3Y7rK2e/; https://www.instagram.com/p/CtdUB_JNCUf/; https://www.tiktok.com/@onequince/video/7244401589996490030 |
| The Crew Cuts | Sh-Boom | Pre-1972.UMG filed 2024.06.25 | UMG Recordings, Inc. | https://www.tiktok.com/@onequince/video/7269168118973533486; https://www.instagram.com/p/CwJK4aytDqO/ |
| Olivia Dean | So Easy (To Fall In Love) | SR0001061890 | UMG Recordings, Inc. | https://www.tiktok.com/@onequince/video/7613911320466967822 |
| Lana Del Rey | Summertime Sadness | SR0000692991 / SR0000412523 | UMG Recordings, Inc. | https://www.tiktok.com/@onequince/video/7319696192999394603 |
| Maroon 5 | Sunday Morning | SR0000357928 | UMG Recordings, Inc. | https://www.instagram.com/p/CtKR942LQkK/ |
| ABBA | Super Trouper | SR0000024153 | UMG Recordings, Inc. | https://www.instagram.com/p/CrryMeqLk8s/; https://www.tiktok.com/@onequince/video/7228082731937221930 |

| Gracie Abrams | That's So True | SR0001019322 | UMG Recordings, Inc. | https://www.tiktok.com/@onequince/video/7461175324684913966 |
|---|---|---|---|---|
| When In Rome | The Promise | SR0000261517 | UMG Recordings, Inc. | https://www.tiktok.com/@onequince/video/7558558966071037214 |
| Timbaland, Keri Hilson | The Way I Are | SR0000411631 | UMG Recordings, Inc. | https://www.instagram.com/p/DS-zREcE4UV/; https://www.instagram.com/p/DS-ur0CkhTk/; https://www.tiktok.com/@onequince/video/7590481855015636279 |
| The La's | There She Goes | Berne Convention | UMG Recordings, Inc. | https://www.tiktok.com/@onequince/video/7179020681676361003; https://www.instagram.com/p/CmXnQo5uBmw/; https://www.instagram.com/p/DQh3Umjkk-m/; https://www.tiktok.com/@onequince/video/7430234809684741419 |
| Diana Ross | Upside Down | SR0000017850 | UMG Recordings, Inc. | https://www.tiktok.com/@onequince/video/7475567876129180974 |
| KAROL G & Feid | Verano Rosa | SR0001048985 | UMG Recordings, Inc. | https://www.instagram.com/p/DSNh6NpDniO/ |
| Ariana Grande | we can't be friends | SR0001000743 | UMG Recordings, Inc. | https://www.tiktok.com/@onequince/video/7481376576710692142 |
| Lana Del Rey | White Mustang | SR0000802890 | UMG Recordings, Inc. | https://www.tiktok.com/@onequince/video/7401959938538409258 |
| MoBlack, Salif Keita, Cesária Évora, Benja (NL), Franc Fala | Yamore – Edit Version | SR0001017894 | UMG Recordings, Inc. | https://www.instagram.com/p/DL-uxFphaIr/; https://www.tiktok.com/@onequince/video/7523428599479733535 |
| Noah Kahan | You're Gonna Go Far | SR0000993277 | UMG Recordings, Inc. | https://www.tiktok.com/@onequince/video/7288160643016920366; https://www.instagram.com/p/CyMu5nrpKG7/ |

| Mazzy Star | Fade Into You | SR0000806139 | Capitol Records, LLC | https://www.tiktok.com/@onequince/video/7431287548191706410 |
|---|---|---|---|---|
| Tavares | Heaven Must Be Missing An Angel | N00000033423 | Capitol Records, LLC | https://www.tiktok.com/@onequince/video/7499933505091144991 |
| Ice Spice | In Ha Mood | SR0000956912 | Capitol Records, LLC | https://www.tiktok.com/@onequince/video/7203879171523661102 |
| 5 Seconds of Summer | She Looks So Perfect | SR0000741298 / SR0001002186 | Capitol Records, LLC | https://www.tiktok.com/@onequince/video/7468122348588240159 |
| Norah Jones | Sunrise | SRU000520271 | Capitol Records, LLC | https://www.tiktok.com/@onequince/video/7533634238919249182 |
| Brenton Wood | Oogum Boogum | Pre-1972. Concord filed 2023.10.11 | Concord Music Group, Inc. | https://www.tiktok.com/@onequince/video/72376227038; https://www.tiktok.com/@onequince/video/7221328905096023338; https://www.instagram.com/p/CqzFJCZJ3hP; https://www.instagram.com/p/CskaVmbLFIb |
| Julie Andrews | My Favorite Things | Pre-1972. Concord filed 2019.07.10 | Concord Music Group, Inc. | https://www.instagram.com/p/CmP9G9lJcdP |
| Tone Loc | Wild Thing | SR0000102698 | Concord Music Group, Inc. | https://www.instagram.com/p/DTbOgOMkzWv/ |
| Musical Compositions | | | | |
| Etta James | A Sunday Kind of Love | EP 142375 / RE0000413002 | Universal Music Corp. | https://www.instagram.com/p/C2DndJaPlRO/ |
| The Ronettes | Be My Baby | EU 789193 / RE0000515815 | PolyGram Publishing, Inc. | https://www.tiktok.com/@onequince/video/7356031947971300654 |
| Kylie Minogue | Can't Get You Out of My Head | PA0001136727 | Universal Music Corp. | https://www.instagram.com/p/Cv8h7OxpWaz/ |
| Morten Harket | Can't Take My Eyes Off You | EP0000265189 / RE0000721098 | Songs of Universal, Inc. | https://www.tiktok.com/@onequince/video/7240575721599470890 |
| Ella Fitzgerald | Cheek To Cheek | EU0000097144; R000000289527 | Universal Music Corp. | https://www.instagram.com/p/Cw30WUFtDgT/ |
| ABBA | Chiquitita | Berne Convention | PolyGram Publishing, Inc. | https://www.tiktok.com/@onequince/video/7393054199841426730 |
| Michael Buble | Christmas (Baby Please Come Home) | EU0000800992; RE0000515818 | PolyGram Publishing, Inc. | https://www.tiktok.com/@onequince/video/7313069898538831146; https://www.instagram.com/p/C0x2DtVrnuN/ |

| Darlene Love | Christmas (Baby Please Come Home) | EU0000800992; RE0000515818 | Songs of Universal, Inc | https://www.tiktok.com/@onequince/video/7452434061638864158; https://www.instagram.com/p/DEAwqVfyifz/ |
| Justin Bieber | Daisies | PA0002553222 | Songs of Universal, Inc. | https://www.tiktok.com/@onequince/video/7603152907243982094; https://www.tiktok.com/@onequince/video/7574878760214809887 |
| Elton John & Kiki Dee | Don't Go Breaking My Heart | EF 41174 | Polygram Publishing, Inc. | https://www.tiktok.com/@onequince/video/7225761354035039531; https://www.instagram.com/p/CrAHHnkrUnX/ |
| Sabrina Carpenter | Don't Smile | PA0002490505 | Songs of Universal, Inc. | https://www.tiktok.com/@onequince/video/7612801107642977550 |
| Fleetwood Mac | Dreams | EP 373129 | Songs of Universal, Inc. | https://www.tiktok.com/@onequince/video/7347356816998714666; https://www.instagram.com/p/C4ntdjVRHU4/ |
| Sabrina Carpenter | Espresso | PA0002468286 | Songs of Universal, Inc. | https://www.tiktok.com/@onequince/video/7370050834752736555 |
| Mary J. Blige | Family Affair | PA0001066345 / PA0001084893 | Songs of Universal, Inc.; Universal Music Corp. | https://www.tiktok.com/@onequince/video/7297733077139344682; https://www.instagram.com/p/CzU3X8Rp0Ro/ |
| Sabrina Carpenter | Feather | PA0002414625 | Songs of Universal, Inc. | https://www.tiktok.com/@onequince/video/7285110681916017962; https://www.instagram.com/p/CxuDhwnr905/ |
| James Hype & Miggy Dela Rosa | Ferrari | PA0002419584 | Polygram Publishing, Inc. | https://www.tiktok.com/@onequince/video/7265413370793250090; https://www.tiktok.com/@onequince/video/7182728745256602922; https://www.instagram.com/p/CmxWfGfKfZN/ |
| Britney Spears | Gimme More | PA0001632033 | Universal Music Corp. | https://www.tiktok.com/@onequince/video/7489189919743642926 |
| Fergie | Glamorous | PA0001370493 | Universal Music Corp. | https://www.tiktok.com/@onequince/video/7613539752960134431 |
| Tavares | Heaven Must Be Missing an Angel | EU 676024 / RE0000891370 | PolyGram Publishing, Inc. | https://www.tiktok.com/@onequince/video/7499933505091144991 |
| Adele | Hometown Glory | PA0001975714 | PolyGram Publishing, Inc. | https://www.tiktok.com/@onequince/video/7488849850079939870 |
| Lykke Li | I Follow Rivers | PA0002409141 | Songs of Universal, Inc. | https://www.instagram.com/p/DT55qkNEkTd/ |

8

| Pinkpantheress | Illegal | PA0002570808 | PolyGram Publishing, Inc. | https://www.tiktok.com/@onequince/video/7544129759182212407 |
|---|---|---|---|---|
| Rihanna | If It's Lovin' That You Want | PA0001167048 | Universal Music – Z Tunes LLC. | https://www.tiktok.com/@onequince/video/7256183317064731947; https://www.instagram.com/p/CuvBzigMhUv/; https://www.instagram.com/p/Cx1fk7Gp7v8/ |
| Mae Stephens | If We Ever Broke Up | PA0002491408 | PolyGram Publishing, Inc. | https://www.instagram.com/p/CoVsLIwrhKC/https://;www.tiktok.com/@onequince/video/7245771036430454058; https://www.instagram.com/p/Cuspr7vJkUK/ |
| Ice Spice | In Ha Mood | PA0002447793 | Songs of Universal, Inc. | https://www.tiktok.com/@onequince/video/7203879171523661102 |
| Fergie | L.A. LOVE (La la) [feat. YG] | PA0001922696 | Universal Music Corp. | https://www.tiktok.com/@onequince/video/7353740129854344490 |
| Sir-Mix-A-Lot | Lockjaw | PA0000594008 | Universal Music Publishing, Inc. | https://www.tiktok.com/@onequince/video/7478096098675002655 |
| Olivia Dean | Man I Need | PA0002557925; PA0002560630 | Songs of Universal, Inc.; Concord Music Group, Inc. | https://www.tiktok.com/@onequince/video/7563392238261161247 |
| The Black Eyed Peas | Meet Me Halfway | PA0001686136 | Songs of Universal, Inc.; Universal Music Corp. | https://www.instagram.com/p/DT55qkNEkTd/; https://www.instagram.com/p/DVZlZEOksF8/ |
| Sophie Ellis-Bextor | Murder On The Dancefloor | Berne Convention | Universal Music Corp. | https://www.tiktok.com/@onequince/video/7334160972493507883; https://www.instagram.com/p/C2x9plMPP4E/; https://www.instagram.com/p/C3bR8wHvxT4/ |
| Chris Brown ft. Usher & Rick Ross | New Flame | PA0002052785 | Songs of Universal, Inc. | https://www.tiktok.com/@onequince/video/7508198526103407903; https://www.instagram.com/p/DKSiVGTyjaR/ |
| Drake | Nice For What | PA0002230647 | Universal Music Corp. | https://www.instagram.com/p/DVMt44bkoC2/ |
| Drake | NOKIA | PA0002547363 | Songs of Universal, Inc. | https://www.tiktok.com/@onequince/video/7490649522792598814 |
| Coi Leray | Players | PA0002462545 / PA0002540511 | Songs of Universal, Inc. | https://www.tiktok.com/@onequince/video/7227632087548087598; |

9

| | | | | https://www.instagram.com/p/Cn5l998JWxV/ |
|---|---|---|---|---|
| Childish Gambino | Redbone | PA0002082553 | Songs of Universal, Inc. | https://www.instagram.com/p/DUjvh0TDTHz/ |
| Lorde | Ribs | PA0002007289 | Songs of Universal, Inc. | https://www.tiktok.com/@onequince/video/7470252521257307435 |
| Lana Del Rey | Say Yes To Heaven | PA0002565228 | Universal Music Corp. | https://www.tiktok.com/@onequince/video/7248696416204508462; https://www.tiktok.com/@onequince/video/7346059984343649582; https://www.instagram.com/p/Ct2M3Y7rK2e/; https://www.tiktok.com/@onequince/video/7244401589996490030; https://www.instagram.com/p/CtdUB_JNCUf/ |
| Lily Allen | Smile | PA0001375897 | Universal Music Publishing Ltd. | https://www.tiktok.com/@onequince/video/7488161558527282474 |
| Coldplay | Sparks | PA0000981359 | Universal Music – MGB NA LLC | https://www.tiktok.com/@onequince/video/7541491206765776158; https://www.instagram.com/p/DNlxKc-SNmR/; https://www.instagram.com/p/DTTRXbNEgVM/ |
| Michael Buble & Jason Derulo | Spicy Margarita | PA0002474283 | Songs of Universal, Inc.; Universal Music Corp. | https://www.tiktok.com/@onequince/video/7478883084776049950 |
| John Williams | Somewhere in My Memory (From "Home Alone") | PA0000510042 / PA0000520037 | Songs of Universal, Inc. | https://www.instagram.com/p/ClUho05rYp9/ |
| Lana Del Rey | Summertime Sadness | PA0001788160 | Universal Music Corp. | https://www.tiktok.com/@onequince/video/7319696192999394603 |
| Maroon 5 | Sunday Morning | PA0001073091 / PA0002513860 | Universal Music – MGB NA LLC. | https://www.instagram.com/p/CtKR942LQkK/ |
| ABBA | Super Trouper | PA0000238142 | PolyGram Publishing, Inc. | https://www.tiktok.com/@onequince/video/7228082731937221930; https://www.instagram.com/p/CrryMeqLk8s/ |
| Miguel | Sure Thing | PA0001751394 | Universal Music Corp. | https://www.tiktok.com/@onequince/video/7201220610423328042 |
| Gracie Abrams | That's So True | PA0002506990 | Universal Music Corp. | https://www.tiktok.com/@onequince/video/7461175324684913966 |

| Timbaland, Keri Hilson | The Way I Are | PA0001761677 | Universal Music Corp.; PolyGram Publishing, Inc. | https://www.instagram.com/p/DS-zREcE4UV/; https://www.instagram.com/p/DS-ur0CkhTk/; https://www.tiktok.com/@onequince/video/7590481855015636279 |
|---|---|---|---|---|
| Drake | Time Flies | PA0002562497 | Songs of Universal, Inc. | https://www.tiktok.com/@onequince/video/7615701575339609357 |
| girl in red | We Fell in Love in October | PA0002481233 | Universal Music Corp. | https://www.tiktok.com/@coffeewithdee/video/7289685368138485022; https://www.tiktok.com/@onequince/video/7431645837106695466 |
| Bad Bunny | Un Ratito | PA0002419730 | Universal Music Corp., Songs of Universal, Inc. | https://www.tiktok.com/@floweralegria/video/7321151327948655915 |
| Ariana Grande | We Can't Be Friends (Wait For Your Love) | PA0002478065 | Songs of Universal, Inc. | https://www.tiktok.com/@onequince/video/7481376576710692142 |
| Justin Timberlake | What Goes Around | PA0001165051; PA0001368884 | Universal Music Z – Tunes, LLCn | https://www.tiktok.com/@onequince/video/7584325657627282702 |
| Lana Del Rey | White Mustang | PA0002538678 | Universal Music Corp. | https://www.tiktok.com/@onequince/video/7401959938538409258 |
| Ariana Grande | yes, and? | PA0002478063 | Songs of Universal, Inc. | https://www.tiktok.com/@jjarelyyy/video/7323305590405532959 |
| Brenton Wood | Oogum Boogum | RE0000704917, EU0000984848 | Concord Music Group, Inc. | https://www.tiktok.com/@onequince/video/72376227038; https://www.tiktok.com/@onequince/video/7221328905096023338; https://www.instagram.com/p/CqzFJCZJ3hP; https://www.instagram.com/p/CskaVmbLFIb |
| Julie Andrews | My Favorite Things | RE0000335269, EP0000134313 | Concord Music Group, Inc. | https://www.instagram.com/p/CmP9G9lJcdP |
| BORNS | Past Lives | PA0001991520 | Concord Music Group, Inc. | https://www.instagram.com/p/CuVps8xJB5b/ |
| BORNS | Electric Love | PA0001991514 | Concord Music Group, Inc. | https://www.tiktok.com/@onequince/video/7300044451789983019; https://www.instagram.com/p/CzXHBslv9uJ/; https://www.instagram.com/p/C0X2rLuppTx/ |

| Helen Forrest, Harry James | It's Been A Long, Long Time | EP0000134144 | Concord Music Group, Inc. | https://www.tiktok.com/@onequince/video/7360790358999059754 |
| Drake | Time Flies | PA0002562497 | Concord Music Group, Inc. | https://www.tiktok.com/@onequince/video/7615701575339609357 |
| Sam Smith | I'm Not The Only One | PA0002434649 | Concord Music Group, Inc. | https://www.instagram.com/p/DUY5Kbzkort/ |
| Tone Loc | Wild Thing | PA0000390458 | Concord Music Group, Inc. | https://www.instagram.com/p/DTbOgOMkzWv/ |
| Playboi Carti | New Tank | PA0002284572 | Concord Music Group, Inc. | https://www.tiktok.com/@onequince/video/7298075489317473582; https://www.instagram.com/p/CzRu8-uPjwk/ |
| Bad Bunny | Un Ratito | PA0002442801 | Concord Music Group, Inc. | https://www.tiktok.com/@floweralegria/video/7321151327948655915 |
| Missy Elliott | Lose Control | PA0001339450 | Concord Music Group, Inc. | https://www.instagram.com/p/DU6iSR-kkKk/ |
| Sophie Ellis-Bextor | Murder On The Dancefloor | Berne Convention | Concord Music Group, Inc. | https://www.tiktok.com/@onequince/video/7334160972493507883; https://www.instagram.com/reels/C2x9plMPP4E/; https://www.instagram.com/reels/C3bR8wHvxT4/ |
| Pinkpantheress | Illegal | PA0002560597 | Concord Music Group, Inc. | https://www.tiktok.com/@onequince/video/7544129759182212407 |
| Zara Larsson | Lush Life | PA0002043613 | Concord Music Group, Inc. | https://www.instagram.com/p/DV9qQVjDQvN/ |
| Black Eyed Peas | Meet Me Halfway | PA0001659066, PA0001686136 | Concord Music Group, Inc. | https://www.instagram.com/p/DVZlZEOksF8/ |
| Charlie XCX | Everything Is Romantic | PA0002487635 | Concord Music Group, Inc. | https://www.instagram.com/p/DUd9K3zEttb/ |
| Timbaland, Keri Hilson | The Way I Are | PA0001761677 | Concord Music Group, Inc. | https://www.tiktok.com/@onequince/video/7590481855015636279 |